# FEDERAL TRADE COMMISSION v. PACIFIC STATES PAPER TRADE ASS'N et al.

No. 8227.

Circuit Court of Appeals, Ninth Circuit.

March 17, 1937.

W. T. Kelley, Chief Counsel, Federal Trade Com'n, Martin A. Morrison, Asst. Chief Counsel, and Walter B. Wooden, all of Washington, D. C., for petitioner.

O. K. Cushing, Cushing & Cushing, Philip S. Ehrlich, and H. Arthur Dunn, Jr., all of San Francisco, Cal., for respondents.

Before WILBUR, GARRECHT, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon arguments of counsel, and stipulation re submission of matter, it is ordered that proceedings be dismissed as to respondents not served, that petition be modified, and that other respondents be adjudged guilty of contempt, and fine $10,000, payable within 30 days, jointly and severally; upon payment of fine, rule to show cause to stand discharged; if fine not paid, execution to be issued against respondents.

# FRISCHKORN DEVELOPMENT COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7139.

Circuit Court of Appeals, Sixth Circuit.

March 11, 1937.

Wm. A. Rhodes, of Detroit, Mich., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

ALLEN, Circuit Judge.

The court being of opinion that it is a question of fact whether the promissory note and the shares of stock received by the Frischkorn Homes Company as consideration for the transfer of all of its assets to the petitioner had a readily realizable market value within the meaning of section 202 (c) of the Revenue Act of 1921, 42 Stat. 229; and it appearing that it is a question of fact whether the taxpayer has expended all of the money received for real property taken in condemnation proceedings in the purchase of other property similar and related in use [section 203 (b) (5) of the Revenue Act of 1924, 43 Stat. 256]; and there being substantial evidence to support the findings of the Board of Tax Appeals [Old Mission Portland Cement Co. v. Helvering, Commissioner, 293 U.S. 289, 294, 55 S.Ct. 158, 79 L.Ed. 649; Helvering, Commissioner, v. Rankin, Extr., 295 U.S. 123, 131, 55 S.Ct. 732, 79 L.Ed. 1343; Tracy v. Commissioner, 53 F.(2d) 575 (C.C.A.6)];

The order of the Board of Tax Appeals is affirmed for the reasons stated in its opinion. 30 B.T.A. 8.

# GENERAL MOTORS CORPORATION and Arthur Atwater KENT, Plaintiffs-Appellants, v. PREFERRED ELECTRIC & WIRE CORPORATION, Defendant-Appellee.

No. 288.

Circuit Court of Appeals, Second Circuit.

March 15, 1937.

Drury W. Cooper and Thomas J. Byrne, both of New York City, and Harry W. Lindsey, Jr., of Chicago, Ill., for appellants.

Theodore S. Kenyon, John L. Lotsch, and W. Houston Kenyon, Jr., all of New York City, for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.